UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA H. GRONDA and
RALPH GRONDA,

        Plaintiffs,                     Case No.  05-CV-73238
v.                                         HON. GEORGE CARAM STEEH

KENNETH C. HADLEY and
CHANTLER TRANSPORT,

        Defendants.

_____/

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AN
AMENDED WITNESS LIST TO NAME AN ACCIDENT
RECONSTRUCTIONIST/LIABILITY EXPERT (D/E # 22)

On November 16, 2006, plaintiffs filed a motion for leave to file an amended witness list to name an accident reconstructionist/liability expert, asserting that plaintiffs only recently became aware that defendants intended to use an accident reconstruction expert.

Defendants' late-filed response to the motion generally complains of plaintiffs' delay in seeking the addition, and asserts that the late addition to plaintiffs' witness list is prejudicial to defendants, as it adds a "new theory" of the accident to the case, and because plaintiffs have not responded to defendants' discovery requests concerning such a new theory.

The court will allow the addition to plaintiffs' witness list.  Discovery is ongoing for another six weeks, with trial scheduled to begin in June.  Should defendants need

additional specific discovery to address the proposed expert information to be added to plaintiffs' case, the court will entertain an appropriate motion. Plaintiffs' motion is, accordingly, GRANTED.

    IT IS SO ORDERED.

Dated:  December 12, 2006

                                S/George Caram Steeh
                                GEORGE CARAM STEEH
                                UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
December 12, 2006, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk